IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Collier, Omar

Printed: 1/15/08

Case Number: 05 B 03202
Judge: Wedoff, Eugene R

Filed: 2/1/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 29, 2007
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,936.94 |  |
| Secured: |  | 8,108.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,302.20 |
| Trustee Fee: |  | 526.48 |
| Other Funds: |  | 0.00 |
| Totals: | 10,936.94 | 10,936.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,302.20 | 2,302.20 |
| 2. | Americredit Financial Ser Inc | Secured | 14,169.03 | 8,108.26 |
| 3. | Premier Bankcard | Unsecured | 63.45 | 0.00 |
| 4. | Illinois Dept Of Employment Sec | Unsecured | 288.69 | 0.00 |
| 5. | Americredit Financial Ser Inc | Unsecured | 145.22 | 0.00 |
| 6. | Americash Loans, LLC | Unsecured | 165.28 | 0.00 |
| 7. | Short Term Loans LLC | Unsecured | 51.37 | 0.00 |
| 8. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 9. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 10. | Household Credit Services | Unsecured |  | No Claim Filed |
| 11. | America OnLine | Unsecured |  | No Claim Filed |
| 12. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 13. | Best Buy | Unsecured |  | No Claim Filed |
| 14. | Quick Payday | Unsecured |  | No Claim Filed |
| 15. | Pay Day OK | Unsecured |  | No Claim Filed |
| 16. | Orchard Bank | Unsecured |  | No Claim Filed |
| 17. | TCF Financial Services | Unsecured |  | No Claim Filed |
| 18. | ACA Recovery Inc | Unsecured |  | No Claim Filed |
| 19. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 20. | Walgreens Company | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,185.24 | $ 10,410.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 54.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Collier, Omar

Printed:  1/15/08

Case Number:  05 B 03202
Judge:  Wedoff, Eugene R
Filed:  2/1/05

| | |
|---:|---:|
| 3% | 36.63 |
| 5.5% | 203.81 |
| 5% | 61.05 |
| 4.8% | 117.22 |
| 5.4% | 53.52 |
| | _____ |
| | $ 526.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

